# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY HARRIS,
#74313,

    *Petitioner*,

vs.

ROBERT LEGRANDE, *et al.*,

    *Respondents*.

3:13-cv-00577-RCJ-VPC

ORDER

This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's application (#1) to proceed *in forma pauperis*. While the application is incomplete, due to the absence of an inmate account statement, the financial certificate reflects that petitioner is able to pay the filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that the application (#1) to proceed *in forma pauperis* is DENIED. Petitioner shall have thirty (30) days from entry of this order within which to have the filing fee of five dollars ($5.00) sent to the Clerk of Court. Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

IT FURTHER IS ORDERED that the Clerk shall send petitioner two copies of this order. Petitioner shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: October 30, 2013.

                                          ROBERT C. JONES
                                          Chief United States District Judge